UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TESSEMAE'S LLC, a Maryland Limited
Liability Company,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/30/20

Plaintiff(s),

-against-

ATLANTIS CAPITAL LLC, a New York
Limited Liability Company, MOHAMMAD
(ALAN) S. RAHMAN, and JOSEPH
BOHANNON,

Defendant(s).
-------------------------------------------------------------------X

**18-CV-4902 (RWS) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On December 17, 2019, the parties attended a mediation conference. By no later than

**February 13, 2020**, the parties will file a joint letter to update the Court as to the status of

settlement discussions.

   **SO ORDERED**.

Dated: January 30, 2020
   New York, New York

_____
   KATHARINE H. PARKER
   United States Magistrate Judge