UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TESSEMAE'S LLC, a Maryland Limited
Liability Company,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/26/20

                                    Plaintiff(s),                     18-CV-4902 (RWS) (KHP)

                    -against-                                          **ORDER**


ATLANTIS CAPITAL LLC, a New York
Limited Liability Company, MOHAMMAD
(ALAN) S. RAHMAN, and JOSEPH
BOHANNON,

                                    Defendant(s).
----------------------------------------------------------------X
**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        On February 11, 2020, the parties attended a mediation conference.  By no later than

**March 4, 2020**, the parties will file a joint letter to update the Court as to the status of

settlement discussions.

        **SO ORDERED**.

Dated: February 26, 2020
        New York, New York

                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge