UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TESSEMAE'S LLC,<br><br>                              Plaintiff,<br><br>    v.<br><br>ATLANTIS CAPITAL LLC, MOHAMMED (ALAN)<br>S. RAHMAN, and JOSEPH BOHANNON,<br><br>                              Defendants. | 18-cv-4902-KHP |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A), Plaintiff Tessemae's LLC, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice.

Dated: July 20, 2020

Respectfully submitted,

**THOMPSON HINE LLP**

By: */s/ Mendy Piekarski*
Mendy Piekarski
335 Madison Avenue, 12th Floor
New York, NY 10017
Phone: (212) 344-5680
Fax: (212) 344-6101
Mendy.Piekarski@ThompsonHine.com

*Attorneys for Plaintiff Tessemae's LLC*